1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6    MAHER W. SOLIMAN,                          Case No.  15-cv-02413-VC
                Plaintiff,
7                                               **ORDER RE: SUPPLEMENTAL
           v.                                   BRIEFING**
8
     MONICA PEARSON, et al.,
9                                               Re: Dkt. Nos. 5, 9
                Defendants.
10

11         The parties are ordered to submit supplemental briefs, not to exceed 15 pages, on the

12   following issues:

13         1.  With respect to the timeliness of the removal, is there an argument that the 30-day

14   deadline was tolled while the motion to quash was being litigated in San Francisco Superior

15   Court?  If so, what authority would support such an argument?

16         2.  Also with respect to the motion to remand, is there an argument that this case falls

17   within the domestic relations exception to federal jurisdiction?  *See, e.g.*, *Ankenbrandt v. Richards*,

18   504 U.S. 689, 703-04 (1992); *McLaughlin v. Cotner*, 193 F.3d 410, 413 (6th Cir. 1999).

19         3.  With respect to the motion to dismiss, is there an argument that this lawsuit is

20   precluded, in whole or in part, by any of the prior litigation?  That is, have the claims raised by

21   Soliman in this lawsuit been litigated in a prior proceeding, or could they have been litigated in a

22   prior proceeding?  *See, e.g.*, *Slater v. Blackwood*, 543 P.2d 593, 594 (Cal. 1975).

23         The plaintiff's supplemental brief is due Monday, August 10, 2015.  The defendant's

24   supplemental brief is due Friday, August 14, 2015.

25         **IT IS SO ORDERED.**

26   Dated: July 28, 2015

27                                              _____
                                                VINCE CHHABRIA
28                                              United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHER W. SOLIMAN,

                Plaintiff,

     v.

MONICA PEARSON, et al.,

                Defendants.

Case No.   15-cv-02413-VC

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on July 28, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maher W. Soliman
1112 Larkin St
No. 405
San Francisco, CA 94109

Dated: July 28, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2

United States District Court
Northern District of California